IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01728-MSK-KMT

JONATHAN HARRIS;
ELISABETH STEPHENSON; and
GARY STEPHENSON,

        Plaintiffs,

v.

ADAMS COUNTY COMMUNICATIONS CENTER;
ADAMS COUNTY, a Municipal corporation;
COMMERCE CITY, a Municipal corporation;
COMMERCE CITY POLICE DEPARTMENT;
ADAMS COUNTY COMMISSIONER'S OFFICE;
SHAUNA JENKINS, individually and officially;
KEVIN LORD, individually and officially;
JONATHAN LODGE, individually and officially; and
SHAUN LUTZ, individually,

        Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 6th day of August, 2009.

                                        **BY THE COURT:**

                                    *[signature]*

                                      Marcia S. Krieger
                                      United States District Judge