IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01728–MSK–KMT

JONATHAN HARRIS,
ELISABETH STEPHENSON, and
GARY STEPHENSON,

    Plaintiffs,

v.

ADAMS COUNTY COMMUNICATIONS CENTER,
COMMERCE CITY, a Municipal corporation,
COMMERCE CITY POLICE DEPARTMENT,
SHAUNA JENKINS, individually and officially,
KEVIN LORD, individually and officially,
JONATHAN LODGE, individually and officially, and
SHAUN LUTZ, individually,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion for Entry of Revised Stipulation and Protective Order" (#85, filed November 11, 2009) is GRANTED. The Protective Order will be entered.

Dated: November 13, 2009